**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Marlene Labra                                                    Case No. 15-26497-RAM
Debtor.                                                          Chapter   7
_____/

## DEBTOR'S MOTION TO RECONSIDER ORDER GRANTING MOTION FOR RELIEF FROM STAY

COMES NOW THE DEBTOR, Marlene Labra, by and through the undersigned counsel and moves this Honorable Court to **Reconsider Order Granting Motion for Relief from Stay**, and in support thereof submits the following memorandum.

1. This case was filed on September 15th, 2015.

2. On October 29th, 2015, the creditor Shellpoint Mortgage Servicing (the "Creditor") filed a *Motion for Relief from Stay* on Negative Notice (ECF 22) (the "Motion").

3. On November 12th, 2015, the Debtor filed an *Ex Parte Motion for Referral to Mortgage Modification with Lender Shellpoint Mortgage Servicing* (ECF 23).

4. On November 16th, 2015, this Court entered an *Order Granting Verified Motion for Referral to Mortgage Modification* (ECF 24).

5. The Debtor's counsel has not filed the Response to the *Motion* (ECF 22) within the prescribed by the Local Rule 4001-1(C) deadline due to a clerical issue.

6. On November 19th, 2015, the Creditor filed a *Certificate of no Response* to the Motion for Relief from Stay (ECF 29), and this Court entered an Order Granting Motion for Relief from Stay (ECF 31).

7. The Debtor prays this Court to reconsider the Order Granting the Creditor's Motion for Relief from Stay as she is seeking to modify the mortgage, providing good faith adequate protection payment to the Creditor in the amount of $1,258.00 (31% of the Debtor's gross income as reported in the Debtor's schedules).

**WHEREFORE,** the Debtor respectfully requests that this Court enters an order (i) Granting the Motion, (ii) Applying automatic stay to allow the Debtor to proceed with the modification, and (iii) Granting the Debtor such other legal and equitable relief, which is just and proper.

Dated: November 23rd, 2015                                                         /s/  CM/ECF
                                                                         ARAMIS HERNANDEZ, ESQ
                                                                                  -Attorney for Debtor-
                                                                    Florida Bar No. 0062205
                                                                         **Miami Legal Center**
                        139 Northeast First Street, Suite 600
                                              Miami, Florida 33132
                              Ph: 305.374.7744 Fax: 305.374.2224

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Marlene Labra                                                    Case No. 15-26497-RAM
Debtor.                                                                Chapter   7
_____/

**CERTIFICATE OF AMOUNT DEPOSITED**

      **I HEREBY CERTIFY** that the Debtor has provided undersigned counsel with an adequate protection payment to the Creditor Shellpoint Mortgage Servicing, in the amount of $1,258, which is held in the Debtor's counsel's trust account.

Dated: November 23rd, 2015

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(d)(1) and (2).

/s/    CM/ECF
ARAMIS HERNANDEZ, ESQ
-Attorney for Debtor-
Florida Bar No. 62205
**Miami Legal Center**
139 Northeast First Street, Suite 600
Miami, Florida 33132
Ph: 305.374.7744 Fax: 305.374.2224
Aramis@MiamiLegalCenter.com
